**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Cicilio Garcia v. Alicia Lozano

Appellate case number:    01-20-00441-CV

Trial court case number:   2015-57194

Trial court:                        215th District Court of Harris County

The clerk's record was filed on July 6, 2020.  On July 9, 2020, appellant filed a motion for extension of time to file a supplemental clerk's record and the reporter's record.  This Court granted this extension until September 7, 2020.

On August 4, 2020, the court reporter advised that no record would be filed because appellant had not requested it or had not made financial arrangements for the record to be filed.  The Court issued a notice on August 4, 2020, advising appellant that, unless a response or the reporter's record was filed by September 7, 2020, the appellant might be required to file a brief without the benefit of a reporter's record.  On September 4, 2020, appellant filed a second motion for extension of time to file the record, which the Court granted until November 6, 2020, noting that no further extensions would be granted absent a showing of exceptional circumstances.

On September 15, 2020, appellant filed a motion for extension of time to file his brief until January 6, 2021.  Appellee is unopposed to this motion.

The appellant's brief is not due until thirty days after the record is complete.  *See* TEX. R. APP. P. 38.6(a).  Accordingly, we **deny** appellant's motion.  Appellant's brief is due **within 30 days after the supplemental clerk's record and the reporter's record are filed in this Court**. *See id.*

It is so ORDERED.


Judge's signature: ___/s/ Richard Hightower_____
                              ☑ Acting individually    ☐ Acting for the Court


Date: ____September 29, 2020_____